22-495
*U.S. v. Anthony (Nakeem Stratton)*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of The United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12ᵗʰ day of October, two thousand twenty-three.

PRESENT:
> DENNIS JACOBS,
> RICHARD C. WESLEY,
> BETH ROBINSON,
> > *Circuit Judges.*

_____

UNITED STATES OF AMERICA

> *Appellee,*

> v.                                                        No. 22-495

TERRENCE ANTHONY, AKA T-BLACK, AKA
BLACC, ELIJAH CANCER, AKA SLEEZE, AKA
SLEEZY, MUNDHIR CONNOR, AKA
MONTANA, AKA MAJOR, WISTER FARMER,

AKA Wisk, AKA Wist Daddy, AKA Wister,
Eric Foster, AKA E-Nasty, Owen
Furthman, AKA Diz, Justin Gaddy, AKA
J-Black, Ladawn Harris, AKA Nana,
AKA Nash, Anairian Kittle, AKA AK,
Michelle Knickerbocker, Kwon Lillard,
AKA Killah, Kolby Martin, AKA
HG, AKA Hollywood, AKA Holly G,
AKA H, AKA Holla Day, Jomeek McNeal,
AKA Streets, AKA Meek Meek, Winfield
C. Nicholson, AKA Champ, AKA Bamp,
Alfonzo Parker, AKA Phat Phat, AKA
Fat Fat, AKA Phatz14, Marcel Perry,
AKA Juxx, AKA Jooks, Kenyan Poole,
AKA KP, Dushawn Pough, AKA Sixx,
AKA Six, Derrick Ruffin, AKA DBlack,
Elijah Sims, AKA E-Head, AKA E, Nahmel
Stratton, AKA Kid, AKA Kidco, AKA
Biddy, Dyjuan Tatro, AKA Dy, Kanan
Tatro, AKA Kanya, AKA Kane, AKA BK,
Charles Thompson, AKA Chuck, AKA
Bula,

       *Defendants,*

Nakeem Stratton, AKA Bayshawn,
AKA Little Bay

       *Defendant-Appellant.*

_____

| FOR APPELLANT: | Rajit S. Dosanjh, Assistant United States Attorney, *for* Carla B. Freedman, United States Attorney for the Northern District of New York, Syracuse, N.Y. |
|---|---|

FOR APPELLEE:                                          Lisa A. Peebles, Federal Public
                                                       Defender, Molly K. Corbett,
                                                       Assistant Federal Public Defender,
                                                       Office of the Federal Public
                                                       Defender, Albany, N.Y.

Appeal from a judgment of the United States District Court for the Northern District of New York (Sharpe, *Judge*).

**UPON DUE CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the appeal is **DISMISSED** as moot.

Nakeem Stratton appeals from the district court's judgment of conviction and sentence entered on February 23, 2022.  The district court sentenced Defendant to 18 months' imprisonment with no period of supervised release.  On appeal, he challenges only the reasonableness of his sentence.  Defendant and the Government have both informed this Court that Defendant has completed his sentence, and both take the position that Defendant's appeal is moot.  *See* U.S.C.A. Dkt. Nos. 59–60.  Accordingly, we **DISMISS** Defendant's appeal.  *See United States v. Chestnut*, 989 F.3d 222, 224 (2d Cir. 2021).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court